UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAYLOR LEYDE,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>　　　　　　　Defendant. | NO: 2:23-CV-0226-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　BEFORE THE COURT is the parties' Joint Motion for Dismissal with Prejudice, ECF No. 5. The parties jointly move the Court for an Order dismissing the above-captioned matter with prejudice and without costs to either party. The Court has reviewed the record and files herein and is fully informed.

　　According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own costs.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 4, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2